UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80819-CIV-SMITH

HOWARD JENKINS,

    Plaintiff,

v.

QUALITY CLEANERS LLC,

    Defendant.

_____/

**ORDER**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 9].  Upon consideration, it is hereby

**ORDERED**

1. This case is **DISMISSED WITH PREJUDICE**.

2. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of September, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record